**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
kellydonovanjones@gmail.com
Direct 503-847-4329

Of Attorneys for Ms. Miles

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COLLEEN MILES** | Case No. 3:18-cv-02160-SI |
| Plaintiff | **NOTICE OF DISMISSAL** |
| vs | |
| **TLC RESORTS VACATION CLUB LLC** | |
| Defendant | |

**NOTICE OF DISMISSAL** – Page 1 of 3

## NOTICE OF DISMISSAL

Under FRCP 41 this action is dismissed with prejudice.

February 18, 2019

                                      **RESPECTFULLY FILED,**

                                      <u>s/ Michael Fuller</u>
                                      **Michael Fuller, OSB No. 09357**
                                      Lead Trial Attorney for Ms. Miles
                                      OlsenDaines
                                      US Bancorp Tower
                                      111 SW 5th Ave., Suite 3150
                                      Portland, Oregon 97204
                                      michael@underdoglawyer.com
                                      Direct 503-743-7000

## CERTIFICATE OF SERVICE

I certify I caused this document to be served on:

**TLC Resorts Vacation Club LLC**
**c/o attorney Erin Fitzgerald**
erin@case-dusterhoff.com

February 18, 2019

                                        s/ Michael Fuller
                                        **Michael Fuller, OSB No. 09357**
                                        Lead Trial Attorney for Ms. Miles
                                        OlsenDaines
                                        US Bancorp Tower
                                        111 SW 5th Ave., Suite 3150
                                        Portland, Oregon 97204
                                        michael@underdoglawyer.com
                                        Direct 503-743-7000